# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN SINITSA, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CUSO FINANCIAL SERVICES, LP, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 3:24-cv-02290-JO-VET<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Doc. No. 8] |

Before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation Conference ("Joint Motion"). Doc. No. 8. Therein, the parties request to continue the Early Neutral Evaluation ("ENE"), currently set for February 26, 2025, by ninety (90) days to accommodate private global mediation. *Id.* at 3. The parties represent that they have reached a tentative agreement to mediate this action and another related action pending before this Court. *Id.* at 2. The parties further represent that they are prepared to proceed with the Case Management Conference ("CMC") on February 26, 2025, but are amenable to attending the CMC after a continued ENE. *Id.* at 3. This is the parties' first request for a continuance.

|   |   |
|---|---|
| 1 | While the Court appreciates the parties' desire to participate in a global mediation, the parties do not, in fact, have any firm plans in place to mediate. The parties have not selected a mediator or set a date for a global mediation. *Id.* In short, at this juncture, the parties have only a "tentative" agreement to mediate. *Id.* at 2. Until the parties can confirm the details concerning a private mediation, the Joint Motion is premature, and no good cause exists to delay this action for 90 days. Therefore, based on a review of the Joint Motion and the record, the Court **DENIES WITHOUT PREJUDICE** the parties' Joint Motion. The parties may renew their request to continue the ENE/CMC if and when a global mediation is scheduled. |

**IT IS SO ORDERED.**

Dated: January 15, 2025

Honorable Valerie E. Torres
United States Magistrate Judge